IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROBERT SANCHEZ, on behalf of himself and on behalf of all persons similarly situated, | § § § | CASE NO. 5:15-cv-192-RP |
| | § | JUDGE ROBERT L. PITMAN |
| v. | § § | MAGISTRATE JUDGE Pamela A. Mathy |
| M-I L.L.C. d/b/a MI SWACO | § § | |

## SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the following Scheduling Order is issued by the Court:

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before October 28, 2015.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before October 28, 2015, and each opposing party shall respond, in writing, on or before December 15, 2015.  All offers of settlement are to be private, not filed.  The parties are ordered to retain the written offers of settlement and response as the Court will use these in assessing attorneys' fees and costs at the conclusion of the trial.

3. Each party shall complete and file the attached "Notice Concerning Reference to United States Magistrate Judge" on or before July 1, 2015.

4. The parties shall file all motions to amend or supplement pleadings or to join additional parties on or before August 7, 2015.

5. All parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by FED. R. Civ. P. 26(a)(2)(B) on or before April 15, 2016.  Parties resisting claims for relief shall file their designation of

testifying experts and serve on all parties, but not file, the materials required by FED. R. Civ. P. 26(a)(2)(B) on or before June 3, 2016. All parties shall file all designations of rebuttal experts and serve on all parties the material required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, within fifteen (15) days of receipt of the report of the opposing expert.

6. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within **eleven (11)** days from the receipt of the written report of the expert's proposed testimony, or within **eleven (11)** days from the completion of the expert's deposition, if a deposition is taken, whichever is later.

7. The parties shall complete all discovery on or before July 31, 2016.

8. All dispositive motions shall be filed on or before August 28, 2016 and shall be limited to 20 pages. Responses shall be filed and served on all other parties not later than 14 days of the service of the motion and shall be limited to 20 pages. Any replies shall be filed and served on all other parties not later than 14 days of the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion.

**The parties shall not complete the following paragraph 8. It will be completed by the Court at the initial pretrial conference to be scheduled by the Court**

9. This case is set for final pretrial conference, in chambers, on the _____ day of _____, 20____, at _____ and _____ trial commencing _____ 20____. The final pretrial conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any

unrepresented parties. The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of the final pretrial conference. With the exception of the dispositive motion deadline and the dates set for the final pretrial conference and trial, upon agreement of the parties and submission of an agreed motion, the deadlines set forth herein may be extended by Order of this Court. The Court may impose sanctions under Rule 16(f), Fed. R. Civ. P., if the parties do not make timely submissions under this Order.

SIGNED this _____ day of _____, _____.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROBERT SANCHEZ, on behalf of himself and on behalf of all persons similarly situated, | § § § | CASE NO. 5:15-cv-192-RP |
| | § | JUDGE ROBERT L. PITMAN |
| v. | § § | MAGISTRATE JUDGE Pamela A. Mathy |
| M-I L.L.C. d/b/a MI SWACO | § § | |

**NOTICE CONCERNING REFERENCE TO**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rules of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party: _____

through counsel: _____

hereby (select one):

\_\_consents to having a United States Magistrate Judge preside over the trial in this case.

\_\_declines to consent to trial before a United States Magistrate Judge.

        Respectfully submitted,

        _____

        Attorney for:

        _____